

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2018

No. 04-18-00425-CV

**IN THE INTEREST OF J.J.O., A CHILD**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00377
The Honorable Todd Alexander Blomerth, Judge Presiding

# O R D E R

    The appellee's motion for extension of time to file brief is hereby GRANTED IN PART. Time is extended to October 2, 2018.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court